**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:23-CR-159-04 |
| v. | (BRANN, C.J.) |
| Joshua Taylor, | (MEHALCHICK, M.J.) |
| Defendant | |

## PLEA

**NOW,** this **14th** day of **June 2023,** the within named Defendant <u>Joshua Taylor</u> having been arraigned in open Court, hereby pleads **NOT GUILTY** to within Indictment.

_____
DEFENDANT