IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:23-CR-159 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| JOSHUA TAYLOR | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Christopher Opiel, CJA appointed counsel, certify that I communicated with Sean A. Camoni, Assistant United States Attorney, and counsel advised that he concurs in the within motion.

In addition, I certify that I communicated with Patrick A. Casey, Esq., counsel for codefendant, Cedric Lodge; Edward J. Rymsza, Esq., counsel for codefendant, Katrina Maclean; and Hope C. Lefeber, Esq., counsel for codefendant, Denise Lodge; and all counsel indicated they respectively concur in this motion.

Date:   October 2, 2023            /s/ Christopher Opiel
                                   **Christopher Opiel, Esq.**
                                   **CJA Appointed Counsel**