#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:23-CR-159 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| JOSHUA TAYLOR | : | (Electronically Filed) |

#### MOTION FOR ENLARGEMENT
#### OF TIME TO FILE PRETRIAL MOTIONS
#### AND CONTINUANCE OF TRIAL

AND NOW comes the Defendant, Joshua Taylor, by his attorney, Christopher Opiel, Esq., and files the following Motion for Enlargement of Time to File Pretrial Motions and Continuance of trial respectfully requesting the extend the time to file pretrial motions for at least one hundred twenty (120) days and to continue the trial in this matter in accordance with the pretrial motions date. In support thereof, it is averred as follows:

1. On June 13, 2023, Joshua Taylor was charged in an Indictment with: COUNT 1, conspiracy to knowingly, intentionally, and willfully unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. § 371; and COUNT 4, unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have

1

been stolen, converted, and taken by fraud in violation of 18 U.S.C. §§ 2314 and 2. (Doc. 1).

2. On June 14, 2023, Defendant was arraigned on the charges, and he entered a plea of "not guilty". (Doc. 12).

3. The current deadline for the filing of pretrial motions is July 1, 2024. (Doc. 68).

4. Trial is currently scheduled to commence August 1, 2024. (Doc. 68).

5. The parties are currently in the discovery process.

6. The Government has disclosed approximately 1,800,000 documents in discovery to Undersigned Counsel so far.

7. Due to the voluminous nature of the discovery, Undersigned Counsel was required to utilize a discovery review platform to view and organize the discovery in this case.

8. The discovery is currently still being organized and uploaded to the discovery review platform.

9. Defendant respectfully requests a continuance of the pretrial motions deadline and trial so that Defendant can review discovery.

10. Undersigned Counsel contacted AUSA Sean A. Camoni, and AUSA Camoni indicated that the Government concurs in the within motion.

11.     Undersigned Counsel contacted: Patrick A. Casey, Esq., counsel for codefendant, Cedric Lodge; and Edward J. Rymsza, Esq., counsel for codefendant, Katrina Maclean; and all counsel listed concur in this motion.

12.     For the above stated reasons, the Defendant requests at least a one hundred twenty (120) day extension of time to file pretrial motions, and the trial to be continued in accordance with the deadline for pretrial motions.

13.     It is respectfully submitted that failure to grant the extension would likely result in a miscarriage of justice and deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv).

WHEREFORE, the Defendant, respectfully requests that this Honorable Court grant the within motion and enlarge the time for the filing of pretrial motions for at least one hundred twenty (120) days and the trial to be continued in accordance with that date.

Respectfully submitted,

Date: June 27, 2024            /s/ Christopher Opiel
                               **Christopher Opiel, Esq.**
                               **CJA Appointed Counsel**
                               **Attorney ID# PA318776**
                               Opiel Law
                               88 North Franklin Street
                               Wilkes-Barre, Pennsylvania 18701
                               (570) 762-9992 (Office)

(570) 417-1436 (Cell)
(570) 825-6675 (Fax)
Email: cropiel@opiellaw.com

## CERTIFICATE OF SERVICE

I, Christopher Opiel, CJA appointed counsel, do hereby certify that this document, the foregoing **Motion for Enlargement of Time to File Pretrial Motions and Continuance of Trial**, filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

>Sean A. Camoni, Esq.
>Assistant United States Attorney
>
>Patrick A. Casey, Esq.,
>Counsel for codefendant, Cedric Lodge
>
>Edward J. Rymsza, Esq.,
>Counsel for codefendant, Katrina Maclean

Date:  June 27, 2024                    /s/ Christopher Opiel
                                        **Christopher Opiel, Esq.**
                                        **CJA Appointed Counsel**