# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 4:23-CR-159 |
| | : | |
| v. | : | **(Chief Judge Brann)** |
| | : | |
| **JOSHUA TAYLOR** | : | **(Electronically Filed)** |

## CERTIFICATE OF CONCURRENCE

I, Christopher Opiel, CJA appointed counsel, certify that I communicated with Sean A. Camoni, Assistant United States Attorney, and counsel advised that he concurs in the within motion.

In addition, I certify that I communicated with Patrick A. Casey, Esq., counsel for codefendant, Cedric Lodge; and Edward J. Rymsza, Esq., counsel for codefendant, Katrina Maclean; and all counsel indicated they respectively concur in this motion.

Date:   June 27, 2024              /s/ Christopher Opiel
                                   **Christopher Opiel, Esq.**
                                   **CJA Appointed Counsel**