IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:23-CR-159 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| JOSHUA TAYLOR | : | (Filed Electronically) |

### NOTICE OF DEFENDANT, JOSHUA TAYLOR, TO JOIN MOTION TO DISMISS (DOC. 111) FILED BY CO-DEFENDANT, KATRINA MACLEAN

AND NOW comes the Defendant, Joshua Taylor, by his attorney, Christopher Opiel, Esq., and files the following Notice of Defendant, Joshua Taylor, to Join Motion to Dismiss (Doc. 111) filed by Co-Defendant, Katrina Maclean. In support thereof, it is averred as follows:

1. On March 3, 2024, Co-Defendant, Katrina Maclean, filed a Motion to Dismiss Indictment and a Brief in Support. (Doc. 111, 112).

2. Defendant, Joshua Taylor, hereby joins said motion and brief filed by Katrina Maclean as Doc. 111 and Doc. 112 in their entirety.

3. Mr. Taylor and Ms. Maclean were both charged in the Indictment with one count of Conspiracy, pursuant to 18 U.S.C. § 371 and one count of Interstate Transport of Stolen Goods, pursuant to 18 U.S.C. §§ 2314, 2. (Doc. 1).

4. Ms. Mclean's charged count of Interstate Transport of Stolen Goods, pursuant to 18 U.S.C. §§ 2314, 2 is listed as COUNT 3 in the Indictment. (Doc. 1 at 11).

5. Mr. Taylor's charged count of Interstate Transport of Stolen Goods, pursuant to 18 U.S.C. §§ 2314, 2 is listed as COUNT 4 in the Indictment. (Doc. 1 at 12).

6. For clarity, Mr. Taylor specifically joins in and adopts all arguments contained in Ms. Maclean's Motion to Dismiss Indictment, Doc. 111, and her Brief in Support, Doc. 112, and any specific references to COUNT 3 of the Indictment as they apply to Ms. Maclean are hereby adopted and argued to apply to Mr. Taylor and COUNT 4 of the Indictment.

Respectfully submitted,

Date: March 3, 2025      /s/ Christopher Opiel
**Christopher Opiel, Esq.**
**CJA Appointed Counsel**
**Attorney ID# PA318776**
Opiel Law
88 North Franklin Street
Wilkes-Barre, Pennsylvania 18701
(570) 762-9992 (Office)
(570) 417-1436 (Cell)
(570) 825-6675 (Fax)
Email: cropiel@opiellaw.com

# CERTIFICATE OF SERVICE

I, Christopher Opiel, CJA appointed counsel, do hereby certify that this document, the foregoing **Notice of Defendant, Joshua Taylor, to Join Motion to Dismiss (Doc. 111) filed by Co-Defendant, Katrina Maclean**, filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

> Sean A. Camoni, Esquire
> Assistant United States Attorney

Date:  March 3, 2025                    /s/ Christopher Opiel
                                                                **Christopher Opiel, Esq.**
                                                               **CJA Appointed Counsel**