# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 4:23-CR-159 |
| | : | |
| CEDRIC LODGE, KATRINA MACLEAN, JOSHUA TAYLOR, | : | CHIEF JUDGE BRANN |
| | : | |
| Defendants. | : | |
| | : | ELECTRONICALLY FILED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS INDICTMENT

Defendants Cedric Lodge and Katrina MacLean, by and through their undersigned counsel, hereby move for an extension of time to file reply briefs in support of their Motions to Dismiss the Indictment, and, in support thereof, aver as follows:

1. On June 16, 2023, a five-count Indictment was entered against Defendants Cedric Lodge and Katrina MacLean. (ECF 1.)

2. On March 3, 2025, Defendants Cedric Lodge and Katrina MacLean filed Motions to Dismiss the Indictment and supporting briefs. (ECF 111, 112, 114, 115.)

3. On March 17, 2025, counsel for the Government filed a Consolidated Brief in Response to Defendants' Motion to Dismiss. (ECF 116.)

4.  The current deadline for Defendants to file their reply briefs is March 31, 2025.

5.  Counsel for Defendant Katrina Maclean, Edward J. Rymsza, is attached to *Commonwealth v. Paul Kendrick*, 264-CR-2018, Somerset County, a death penalty case, which started on March 17, 2025, and is expected to last two weeks.

6.  In light of the above, Defendants request that the deadline to file their reply briefs to the Government's Brief in Opposition be extended for at least thirty (30) days to April 30, 2025.

7.  Counsel has sought the concurrence of Assistant U.S. Attorney Sean Camoni in this request. Mr. Camoni concurs in this motion.

8.  Pursuant to Local Rule 7.5, no supporting brief is required because the reasons for the continuance are fully stated in the motion and the Government concurs in the relief requested.

WHEREFORE, Defendant Cedric Lodge respectfully requests that the deadline for Defendants Cedric Lodge and Katrina MacLean to file reply briefs be extended for at least thirty (30) days to April 30, 2025.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

                                        Attorney for Defendant, Cedric Lodge

                                        /s/ Edward J. Rymsza
                                        Edward J. Rymsza
                                        Miele & Rymsza, P.C.
                                        125 East Third Street
                                        Williamsport, PA  17701
                                        (570) 322-2113

                                        Attorney for Defendant, Katrina MacLean

Date: March 24, 2025

## **CERTIFICATE OF CONCURRENCE**

I, Patrick A. Casey, certify that I sought the concurrence of Assistant United States Attorney Sean Camoni in this Motion.  Mr. Camoni concurs in this Motion.

/s/ Patrick A. Casey
Patrick A. Casey

Date: March 24, 2025

# **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Reply Briefs was served upon the following counsel of record via the Court's ECF system on this 24th day of March 2025:

>Sean A. Camoni, Esquire
>U.S. Attorney's Office
>Suite 309
>235 North Washington Avenue
>Scranton, PA 18503
>
>Christopher R. Opiel, Esquire
>Opiel Law
>88 N. Franklin Street
>Wilkes Barre, PA 18701
>
>Edward J. Rymsza, Esquire
>Miele & Rymsza, P.C.
>125 East Third Street
>Williamsport, PA 17701

>/s/ Patrick A. Casey
>Patrick A. Casey