# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00159 |
| v. | (Chief Judge Brann) |
| CEDRIC LOGDE,<br>KATRINA MACLEAN and<br>JOSHUA TAYLOR, | |
| Defendants. | |

## ORDER

M‍AY 12, 2025

**BACKGROUND:**

On June 13, 2023, a grand jury sitting in the Middle District of Pennsylvania returned an Indictment as to the above-named defendants. Jury selection and trial are currently scheduled for May 5, 2025.

On May 5, 2025, Defendant, Katrina Maclean, moved for a continuance of jury selection and trial due to the pending motion to dismiss the indictment. Defendant is asking for a 90 day continuance. Defendant has obtained concurrence of opposing counsel and counsel for the co-defendants. Trial will be continued to the August 202 term of this Court.

The court makes the following findings:

1. Defendant's counsel has requested a continuance due to the pending motion to dismiss the indictment.

2. Failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Failure to grant the requested continuance would be likely to result in a miscarriage of justice.

4. The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. For purposes of the Speedy Trial Act, the period of delay resulting from the requested continuance is excludable in accordance with 18 U.S.C. § 3161 (h)(7)(A).

**NOW, THEREFORE, IT IS ORDERED** that:

1. Defendant's Motion to Continue Jury Selection and Trial, Doc. 126, is **GRANTED**.

2. Jury selection is continued from May 5, 2025 to **August 4, 2025 at 9:30 a.m.**, in Courtroom No. 1, United States Courthouse and Federal Building, Fourth Floor, 240 West Third Street, Williamsport, Pennsylvania.

3. For purposes of the Speedy Trial Act, the period of delay resulting from this continuance is excluded in accordance with 18 U.S.C. § 3161 (h)(7)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge